Michael Yesk (SB#130056)
70 Doray Drive, Ste 16
Pleasant Hill, CA 94523
(925) 849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GIAC TRUONG BANH AND LEHANG PHAM,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>U.S. BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　Defendants | Case No.: 5:12-cv-00422-EJD<br><br>NOTICE OF DISMISSAL<br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

　　Plaintiffs Bruce Giac Truong Banh and Lehang Pham hereby request that the Complaint, all parties and causes of action, be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), prior to the filing of an Answer or Motion for Summary Judgment, without prejudice, each party to bear its own costs and fees.

DATED: August 2, 2012

　　　　　　　　　　/s/ Michael Yesk
　　　　　　　　　　_____
　　　　　　　　　　Michael Yesk, Attorney for Plaintiffs
　　　　　　　　　　70 Doray Drive, Ste 16
　　　　　　　　　　Pleasant Hill, CA 94523
　　　　　　　　　　(925) 849-5525
　　　　　　　　　　yesklaw@gmail.com

NOTICE OF DISMISSAL - 1

# [~~PROPOSED~~] ORDER

Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and good cause appearing,

**IT IS ORDERED** that

The case is dismissed without prejudice, each side to bear its own costs and fees.  All scheduled hearings are hereby vacated.  The Clerk shall close this file.

Dated: August __3__, 2012        

Honorable Edward J. Davila
Judge of the United States District Court,
Northern District of California